

# United States District Court
# Eastern District of California

| DADBOD APPAREL LLC | Case Number: 2:24-cv-00188-DJC-AC |

Plaintiff(s)

V.

| HILDAWN DESIGN LLC, et al. | APPLICATION FOR PRO HAC VICE AND ORDER |

Defendant(s)

Pursuant to Local Rule 180(b)(2) of the United States District Court for the Eastern District of California, James F. McCarthy III hereby applies for permission to appear and participate as counsel in the above entitled action on behalf of the following party or parties: Defendants Hildawn Design, LLC and Hilary Wertin

On 11/04/1977 (date), I was admitted to practice and presently in good standing in the Supreme Court of Ohio (court). A certificate of good standing from that court is submitted in conjunction with this application. I have not been disbarred or formally censured by a court of record or by a state bar association; and there are not disciplinary proceedings against me.

☐ I have / ☑ I have not concurrently or within the year preceding this application made a pro hac vice application to this court. (If you have made a pro hac vice application to this court within the last year, list the name and case number of each matter in which an application was made, the date of application and whether granted or denied.)

Date: 03/13/2024         Signature of Applicant: /s/ James F. McCarthy III

**Pro Hac Vice Attorney**

| | |
|---|---|
| Applicant's Name: | James F. McCarthy III |
| Law Firm Name: | Sand, Sebolt & Wernow Co., LPA |
| Address: | Aegis Tower - Suite 1100 |
| | 4940 Munson Street NW |
| City: | Canton     State: Ohio     Zip: 44718 |
| Phone Number w/Area Code: | (330) 244-1174 |
| City and State of Residence: | Canton, Ohio |
| Primary E-mail Address: | james.mccarthy@sswip.com |
| Secondary E-mail Address: | litigation@sswip.com |

I hereby designate the following member of the Bar of this Court who is registered for ECF with whom the Court and opposing counsel may readily communicate regarding the conduct of the case and upon whom electronic notice shall also be served via the Court's ECF system:

| | |
|---|---|
| Local Counsel's Name: | Kirk Anderson |
| Law Firm Name: | Budo Law P.C. |
| Address: | 5610 Ward Road |
| | Suite 300 |
| City: | Arvada     State: Colorado     Zip: 80002 |
| Phone Number w/Area Code: | (720) 225-9440     Bar #: 289043 |

## **ORDER**

The Pro Hac Vice Application is APPROVED. The Pro Hac Vice Attorney is DIRECTED to request filing access through PACER.

Dated: March 14, 2024

*Daniel J. Calabretta*
THE HONORABLE DANIEL J. CALABRETTA
UNITED STATES DISTRICT JUDGE